No. 03–10532. SALINAS-ROMO v. UNITED STATES
RIOS-ELIAS v. UNITED STATES
MENDOZA-BARCENAS v. UNITED STATES
MORIN-DAVILA v. UNITED STATES
SALAZAR-MARTINEZ v. UNITED STATES
QUINTANILLA-RAMIREZ v. UNITED STATES
CASTELLANO v. UNITED STATES RODRIGUEZ
v. UNITED STATES VENTURA, AKA GARCIA-
CASTILLO v. UNITED STATES TORRES-
GONZALEZ v. UNITED STATES MEDINA-
SALDANA v. UNITED STATES
RAMIREZ-GARCIA, AKA HERNANDEZ-GARCIA v. UNITED STATES
CASTILLO-SANTOS v. UNITED STATES
ORTIZ-ARELLANO, AKA RAMOS-OCHOA, AKA
AGUILAR-OCHOA v. UNITED STATES
PUENTE-MORENO v. UNITED STATES RIVAS-
SARMIENTO v. UNITED STATES CORTEZ v.
UNITED STATES MARTINEZ-MARTINEZ v.
UNITED STATES HERRERA-MIJARES, AKA
VILLA-DIAZ v. UNITED STATES HERNANDEZ-
NAVARRO v. UNITED STATES DE LA CERDA-
GARCIA, AKA SERNA-GAONA v. UNITED STATES
MENDOZA-LOPEZ v. UNITED STATES
CAMACHO-OROZCO v. UNITED STATES
VILLEGAS-MARIN v. UNITED STATES and
RODRIGUEZ-PENA v. UNITED STATES C. A.
5th Cir. Certiorari denied.

No. 03–10535. BENDER v. UNITED STATES. C. A. 11th Cir.
Certiorari denied.

No. 03–10537. THOMAS v. UNITED STATES. C. A. 5th Cir.
Certiorari denied.

No. 03–10544. CORTEZ-CARRASCO v. UNITED STATES. C. A.
9th Cir. Certiorari denied.

No. 03–10545. CALLOWAY, AKA BEASLEY v. UNITED STATES.
C. A. 6th Cir. Certiorari denied.

No. 03–1451. KRAMER v. BANC OF AMERICA SECURITIES, LLC.
C. A. 7th Cir. Certiorari denied. JUSTICE BREYER took no part